

ORIGINAL

FILED

JAN 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12          **UNITED STATES DISTRICT COURT**
13          **SOUTHERN DISTRICT OF CALIFORNIA**
14
15   JESUS HERNANDEZ-AVALOS,                    )
                                                )
16                        Petitioner,           ) Cr. No.   07-0860GT
                                                )
17                        v.                     ) **ORDER**
                                                )
18   UNITED STATES OF AMERICA,                  )
                                                )
19                        Respondent.           )
                                                )
20
21          On July 31, 2007, Defendant, Jesus Hernandez-Avalos ("Mr. Hernandez"), filed an Objection

22   to this Court's Imposition of Supervised Release, which the Court assumes is a Motion to Modify

23   his Sentence,  presumably pursuant to 28 U.S.C. § 2255.   For the reasons stated below, Mr.

24   Hernandez's Objection/Motion is **DENIED.**

25          Mr. Hernandez correctly states that imposition of supervised release is not mandatory except

26   under certain conditions  which are not applicable in his case. 18 U.S.C. § 3583(a). Under § 3583

27   the court must consider the relevant factors set forth in § 3553(a). Id.  However, Mr. Hernandez

28   is incorrect in asserting that the Court must hold a "additional sentencing hearing" to determine

1  whether or not supervised release is appropriate.  Mr. Hernandez is also incorrect in arguing that

2  the term of supervised release is an "increased penalty."  The Ninth Circuit has consistently held

3  that supervised release is part of the original sentence and not an increased penalty.  United States

4  v. Liero, 298 F.3d 1175, 1178 (9th Cir. 2002).  Since supervised release is part of the original

5  sentence, an additional sentencing hearing is not required.

6       Additionally, the Court at the time of sentencing considered all the relevant factors in

7  §3553(a) in determining Mr. Hernandez' term of imprisonment and term of supervised release.

8  Hence, the imposition of supervised release in Mr. Hernandez' case comported with the statutory

9  requirements.  Accordingly,

10       **IT IS ORDERED** that Mr. Hernandez' Motion/Objection is **DENIED.**

11

12

13  *1-24-08*
   date

14              GORDON THOMPSON, JR.
            United States District Judge

15

16  cc: AUSA Bruce Castetter

17

18

19

20

21

22

23

24

25

26

27

28

07cr0860